COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re DD&S Logistics, Inc. and Jeffrey Record

Appellate case number:    01-21-00267-CV

Trial court case number:    2019-78045

Trial court:    234th District Court of Harris County

On June 18, 2021, the Court received a notice that the parties had reached a resolution of the underlying matter and that the parties would move for dismissal of this proceeding. Since the June 18 notice, we have not heard from the parties and no motion to dismiss has been filed. Accordingly, we ask the parties to file either a motion to dismiss the original proceeding or a notice of the status of the parties' settlement activities **on or before October 1, 2021**. If a response is not received by the deadline, this Court will dismiss the original proceeding as moot.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
    ☒ Acting individually    ☐ Acting for the Court

Date: ___September 23, 2021_____